No. 86–421.   BOARD OF DIRECTORS OF ROTARY INTERNATIONAL ET AL. *v.* ROTARY CLUB OF DUARTE ET AL.   Ct. App. Cal., 2d App. Dist.   [Probable jurisdiction postponed, *ante*, p. 929.]   Motion of California for leave to intervene granted. JUSTICE BLACKMUN and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 86–882.   HODGSON ET AL. *v.* MINNESOTA ET AL.   C. A. 8th Cir.   Motion of petitioners to expedite consideration of petition for writ of certiorari before judgment denied.

No. 86–900.   LABRANCHE *v.* UNITED STATES OLYMPIC COMMITTEE.   C. A. 9th Cir.   Motion of petitioner to expedite consideration of petition for writ of certiorari before judgment and to consolidate with No. 86–270, *San Francisco Arts & Athletics, Inc., et al.* v. *United States Olympic Committee et al.* [certiorari granted, *ante*, p. 913], denied.

No. 86–5479.   WRENN *v.* OHIO DEPARTMENT OF MENTAL HEALTH, *ante*, p. 928.   Motion of petitioner for reconsideration of order of Court denying leave to proceed *in forma pauperis* denied.

No. 86–5655.   IN RE MANN;
No. 86–5739.   IN RE CARPENTER; and
No. 86–5808.   IN RE BURGESS.   Petitions for writs of mandamus denied.

No. 86–422.   CARPENTER ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Motion of Securities Industry Association, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari granted.

No. 86–656.   REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. *v.* ABOUREZK ET AL.   C. A. D. C. Cir.   Certiorari granted. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 85–1946.   MARSH *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.